# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **SEALED** |
| | * | |
| | * | **Case No. 09-594 (BJM)** |
| vs | * | |
| | * | |
| RICARDO JUAN LEBRON-BERRIOS | * | |
| | * | |
| ------------------------------------------- -------- | * | |

## JUDGMENT OF DISCHARGE

It appearing that defendant has been charged of the offenses of:
18:3144.P: Release or detention of material witness

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]   The Court has granted the motion of the defendant for judgment of acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure; or

[X]   The Court has granted the motion of the government for dismissal without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; or

[ ]   The Court has granted the motion of the government for dismissal, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED .

San Juan, Puerto Rico, this 2nd day of September, 2009.

s/ Bruce J. McGiverin
U.S. Magistrate Judge